UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILSON EGWUENU, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:09-cv-1026-WTL-TAB |
| ) | |
| ROBERT S. MUELLER III, et al., ) | |
| ) | |
| Defendants. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/13/2010

Laura Briggs, Clerk
United States District Court

*[signature]*

By: Deputy Clerk

*[signature]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Stephen Jerome Hyatt
HYATT & ROSENBAUM PA
sjhyatt@juno.com

Wilson Egwuenu
P.O. Box 90246
Indianapolis, IN 46290